IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VELTIE PRUITT,　　　　　　　　　　　　　　　　　No. 6:14-cv-1989-AA
　　　　　　　　　　　　　　　　　　　　　　　　　　　O R D E R
　　　　Plaintiff,

　　vs.

SELECT PORTFOLIO SERVICING, INC.,
as Servicer; US BANK NATIONAL
ASSOCIATION; DOES 1 through 25,

　　　　Defendants.
_____

AIKEN, Chief Judge:

　　　This court issued an Order to Show Cause (doc. 8, dated May 19, 2015) requiring plaintiff to show cause why this action was not being prosecuted or the court would dismiss sua sponte. Neither the court nor the opposing party has had any contact with

plaintiff following the Order to Show Cause. Defendant has no objection to dismissal of this action without prejudice.

Therefore, this action is dismissed without prejudice due to failure to prosecute.

IT IS SO ORDERED.

Dated this 24th day of June 2015.

                                       /s/ Ann Aiken
                                       Ann Aiken
                               United States District Judge